**1**

John H. CHENEY, Trustee in Bankruptcy of S. H. Matthews, Appellant, v. W. J. MATTHEWS, Appellee.  (Circuit Court of Appeals, Fifth Circuit.  October 16, 1925.)  No. 4541. Appeal from the District Court of the United States for the Southern District of Georgia; Wm. H. Barrett, Judge.  Waldo De Loache, of Moultrie, Ga., for appellant.  Erle B. Askew, of St. Petersburg, Fla., and J. R. Pottle and I. J. Hofmayer, both of Albany, Ga., for appellee. Before WALKER, BRYAN, and FOSTER, Circuit Judges.

PER CURIAM.  By the bill in this case a trustee in bankruptcy attacked as fraudulent and void, as against the bankrupt's creditors, a sale and conveyance of land made by the bankrupt to his father, the appellee, considerably more than four months before the filing of the bankruptcy petition.  In our opinion the evidence adduced was not such as to justify the setting aside of the court's finding to the effect that appellee's purchase of the land was in good faith, at a time when he had no reason to think that the seller was insolvent, and was unaccompanied by any intention on the part of the appellee to hinder or defraud the seller's creditors. The decree is affirmed.

---

**2**

CONSTANTIN OIL & GAS CO. et al., Plaintiffs in Error, v. REPUBLIC SUPPLY CO. (Circuit Court of Appeals, Eighth Circuit.  August 10, 1925.)  No. 7045.  In Error to the District Court of the United States for the Western District of Arkansas.  James D. Head, of Texarkana, Ark., for plaintiffs in error.  H. S. Powell, H. P. Smead, and Robert C. Knox, all of El Dorado, Ark., for defendant in error.

PER CURIAM.  Writ of error dismissed, at costs of plaintiffs in error, per stipulation of parties.

---

**3**

Henry C. CURRAN v. UNITED STATES. (Circuit Court of Appeals, Sixth Circuit.  May 4, 1925.)  No. 4266.  In Error to the District Court of the United States for the Western District of Kentucky; Charles H. Moorman, Judge.  Huggins & Oldham, of Louisville, Ky., for plaintiff in error.  W. S. Ball, U. S. Atty., of Louisville, Ky.

PER CURIAM.  Judgment of the District Court affirmed.  Mandate to issue forthwith.

---

**4**

FAIRBANKS, MORSE & CO., Appellant, v. PEOPLE'S COMMERCIAL & SAVINGS BANK and Walter G. Finch, Appellees.  (Circuit Court of Appeals, Fourth Circuit.  October 17, 1925.)  No. 2392.  Appeal from the District Court of the United States for the Eastern District of North Carolina, at Elizabeth City. Lord & Whip, of Baltimore, Md., and Aydlett & Simpson, of Elizabeth City, N. C., for appellant.  W. A. Worth, of Elizabeth City, N. C., E. Barbour Hutchinson, of Washington, D. C., and John H. Skeen, of Baltimore, Md., for appellees.

PER CURIAM.  Cause dismissed under rule 20 in accordance with agreement of counsel.

---

**5**

F. Herbert FEUERSTEIN et al., Appellants, v. Keith NEVILLE, Receiver, etc.  (Circuit Court of Appeals, Eighth Circuit.  May 19, 1925.)  No. 6518.  Appeal from the District Court of the United States for the District of Nebraska.  Michael L. Donovan, of Omaha, Neb., for appellants.  William Ritchie, Jr., of Omaha, Neb., for appellee.

PER CURIAM.  Appeal dismissed, without costs to either party in this court, per stipulation of parties.

---

**6**

Walter G. FINCH, Appellant, v. PEOPLE'S COMMERCIAL & SAVINGS BANK, Appellee. (Circuit Court of Appeals, Fourth Circuit.  October 17, 1925.)  No. 2393.  Appeal from the District Court of the United States for the Eastern District of North Carolina, at Elizabeth City.  John H. Skeen, of Baltimore, Md., for appellant.  W. A. Worth, of Elizabeth City, N. C., and E. Barbour Hutchinson, of Washington, D. C., for appellee.

PER CURIAM.  Cause dismissed under rule 20 in accordance with agreement of counsel.

---

**7**

J. W. FREDRICKSON, Appellant, v. Charles E. HUGHES.  (Circuit Court of Appeals, Eighth Circuit.  September 16, 1925.)  No. 6952.  Appeal from the District Court of the United States for the District of Wyoming. Paul J. McGovern, of Denver, Colo., for appellant.  C. W. Darrow, of Glenwood Springs, Colo., and Charles E. Lane, of Cheyenne, Wyo., for appellee.

PER CURIAM.  Appeal dismissed, with costs, on motion of appellee, for failure to print record and file briefs.

---

**8**

Lawrence FREEMAN et al., Plaintiffs in Error, v. UNITED STATES.  (Circuit Court of Appeals, Eighth Circuit.  September 26, 1925.) No. 7149.  In Error to the District Court of the United States for the Eastern District of Oklahoma.  Franklin H. Griggs, of Tulsa, Okl., and Edward B. Graves, of St. Paul, Minn., for plaintiffs in error.  Frank Lee, U. S. Atty., of Muskogee, Okl.

PER CURIAM.  Writ of error dismissed, without costs to either party in this court, on motion of plaintiffs in error.